IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE J NORTON,

    Petitioner,

v.                                        CASE NO. 4:07-cv-00114-MP-WCS

HARRY LEE ANSTEAD,
RAOUL G CANTERO, III,
BARBARA J PARIENTE,
PEGGY A QUINCE,
BROOKE S SIKENNERLY,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed because Petitioner has violated the three strikes provision of 28 U.S.C. §§ 1915(e)(2)(B) and 1915(g). The time for filing objections has passed and none have been filed. The Court agrees that Petitioner has not alleged that he is under imminent danger of serious physical injury. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _14th_ day of June, 2007

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge